IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| EDUARDO RIVERO PROENZA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 00-PT-2255-E |
| | ) | |
| KATHLEEN HAWK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 15, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed, without prejudice, pursuant to 42 U.S.C. 1997e(a), in order that the plaintiff may exhaust all administrative remedies available to him under Bureau of Prisons regulations. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed, without prejudice, pursuant to 42 U.S.C. § 1997e(a). A Final Judgment will be entered.

DATED this 22 day of August, 2002.

ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE